UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HARRY JAMES LABAR,              ) | |
| )                             | |
|     Plaintiff,                 ) | Case No. 3:21-cv-00262-FDW-DSC |
| )                             | |
| v.                             ) | |
| )                             | **DEFENDANTS' MOTION FOR** |
| BALKAN TRANSPORT, LLC, and     ) | **SUMMARY JUDGMENT** |
| MICHAEL TOWNDROW,              ) | |
| )                             | |
|     Defendants.                ) | |
| )                             | |

**TO:    PLAINTIFF AND HIS ATTORNEYS**

PLEASE TAKE NOTICE that Defendants Balkan Transport, LLC (hereinafter "Balkan"), and Michael Towndrow (hereinafter "Mr. Towndrow") (collectively hereinafter "Defendants"), by and through their undersigned attorneys, move, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 56 granting them summary judgment regarding Plaintiff Harry James La Bar's (hereinafter "Plaintiff") negligence, gross negligence, and negligent hiring and supervision claims and Defendants' contributory negligence claim. The motion is made on the following grounds:

1.      There is no genuine issue as to any material fact.

2.      The only reasonable inference from the evidence is that Defendants, and most especially Mr. Towndrow, were not negligent and did not cause Plaintiff's damages.

3.      The only reasonable inference from the evidence is that Defendants were not grossly negligent and did not cause Plaintiff's damages.

4.      The only reasonable inference from the evidence is that Balkan was not negligent in its hiring, retention, supervision, or entrustment of the truck to its drivers.

1

5. The only reasonable inference from the evidence is that Plaintiff was contributorily negligent, that such negligence was the sole proximate cause of the accident and his damages, and that Plaintiff is barred from recovery.

6. Therefore, Defendants are entitled to summary judgment as a matter of law.

This motion is based upon the pleadings and discovery in this case, the depositions taken, affidavits submitted, Federal Rule of Civil Procedure 56, and all applicable common and statutory laws.

Respectfully Submitted,

February 16, 2022

/s/ Christopher M. Kelly
Christopher M. Kelly
Brad Cheek
GALLIVAN, WHITE & BOYD, P.A.
One Morrocroft Centre
6805 Morrison Blvd., Suite 200
Charlotte, NC  28211
(704) 552-1712 – Telephone
(704) 362-4850 – Fax
ckelly@gwblawfirm.com
bcheek@gwblawfirm.com

Attorneys for Defendants,
Balkan Transport, LLC
and Michael Towndrow