Thomas E. Williams

1933 Dilworth Rd. West

Charlotte, NC 28202

tom@carolinatortmediator.com

(980)-247-3730

FILED
CHARLOTTE, NC

FEB 24 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

February 21, 2022

To: United States District Court, Office of the Clerk

Western District of North Carolina, Charlotte Division

401 W. Trade St, Suite 1301

Charlotte, NC 28202

**Re: Report of Mediator, Harry James Labar v. Balkan Transport, LLC and Michael Towndrow**

**Civil Action No. 3:21-cv-00262-FDW-DSC (USDC, WDNC – Charlotte Div.)**

Dear Clerk: Please be advised that I mediated the action referenced above on February 21, 2022. All issues settled at the mediation. If you have any questions, please feel free to contact me.

Sincerely,

Thomas E. Williams

cc via email and US Mail to:

H. Andrew Fink – Attorney for Plaintiff

Chris Kelly – Attorney for Defendants