# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| HARRY JAMES LABAR, | C.A. No.: 3:21-cv-00262-FDW-DSC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BALKAN TRANSPORT, LLC, and MICHAEL TOWNDROW, | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Carolina Rules of Civil Procedure, Plaintiff, Harry James La Bar, and Defendants, Balkan Transport, LLC and Michael Towndrow (hereinafter collectively "Defendants"), by and through their undersigned counsel, enter into this Stipulation of Dismissal as to all claims asserted by Plaintiff as against Defendants. The parties stipulate that all claims asserted by Plaintiff as against Defendants in this action are hereby dismissed <u>with prejudice</u>. Plaintiff and Defendants will each bear their own attorneys' fees and costs.

s/H. Andrew Fink
H. Andrew Fink   (NC Bar No. 16625)
FINK & HAYES, P.L.L.C.
521 East Boulevard
Charlotte, NC  28203
(704) 714-6500 – Office
(704) 714-6501 – Fax
Andy@finkhayeslaw.com

*Attorneys for Plaintiff*

s/Christopher M. Kelly
Christopher M. Kelly   (NC Bar No. 24346)
GALLIVAN, WHITE & BOYD, P.A.
One Morrocroft Centre
6805 Morrison Blvd, Suite 200
Charlotte, NC  28211
(704) 552-1712 – Telephone
(704) 362-4850 – Fax
ckelly@gwblawfirm.com

*Attorneys for Defendants*